Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Ste. 150
San Diego, CA  92108
Tel:   619/758-1891
Fax:   619/296-2013
dkirkpatrick@sessions-law.biz
alimberg@sessions-law.biz

Attorney for Defendant Sentry Credit, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN LANGLEY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SENTRY CREDIT, INC.,<br><br>　　　　Defendant. | CASE NO. 3:12-CV-1228- IEG-BLM<br><br>JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE AS TO ROBIN LANGLEY AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS |

　　　　Plaintiff ROBIN LANGLEY (hereinafter "Plaintiff") and Defendant SENTRY CREDIT, INC. (herein after "Defendant") (jointly referred to as "the Parties") hereby move to dismiss the above-captioned action with prejudice as to Robin Langley and without prejudice as to the putative Class.  This joint motion is made with respect to the following:

　　　　1.　　The Parties have reached a settlement of this action.

　　　　2.　　The Parties, without acknowledging liability or wrongdoing, have agreed to settle this matter.

Joint Motion for Dismissal

1

3. The settlement between Plaintiff and Defendant is memorialized in a written settlement agreement, now fully executed by Plaintiff and Defendant.

4. Plaintiff and Defendant, by and through their respective counsel, each represent to the Court that all actions required under the settlement agreement have now been preformed. The Parties agree that this Court can proceed to dismiss the action with prejudice as to Plaintiff Robin Langley and without prejudice as to the putative Class.

WHEREFORE, Plaintiff and Defendant respectfully request that this Court dismiss this action with prejudice as to Robin Langley and without prejudice as to the putative Class.

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to

///

///

///

///

///

///

///

///

///

Todd M. Friedman, counsel for Plaintiff Robin Langley, and that I have obtained Mr. Friedman's approval of his electronic signature to this document.

                                            Respectfully submitted,

Dated: 7/27/12                    Law Office of Todd M. Friedman

                                            */s/Todd M. Friedman*
                                            Todd M. Friedman
                                            Attorney for Plaintiff
                                            Robin Langley

Dated: 7/27/12                    SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

                                            */s/Debbie P. Kirkpatrick*
                                            Debbie P. Kirkpatrick
                                            Attorney for Defendant
                                            Sentry Credit, Inc.