# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN LANGLEY,<br><br>                  Plaintiff,<br><br>vs.<br><br>SENTRY CREDIT, INC.,<br><br>                  Defendant. | CASE NO. 12cv1228 - IEG (BLM)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[Doc. No. 37] |

      Presently before the Court is the parties' joint motion to dismiss the action, in its entirety, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). [Doc. No. 37.] Specifically, the parties request that the action be dismissed with prejudice as to individual Plaintiff Robin Langley, but dismissed without prejudice as to the putative class. [Id.] For good cause shown, the Court **GRANTS** the joint motion and **DISMISSES** the action with prejudice as to Plaintiff Robin Langley and **DISMISSES** the action without prejudice as to the putative class. The clerk is directed to close the case.

      **IT IS SO ORDERED.**

**DATED:** July 30, 2012

*Irma E. Gonzalez*
**IRMA E. GONZALEZ**
**United States District Judge**